Alton Tholin, Respondent, v. Kenneth Ragan et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Samuel Leto, Appellant, v. Charles B. Potts, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

The People of the State of New York, Respondent, v. James Tyson (Also Known as James A. Tyson), Appellant.—